**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| DANIEL METAGUE, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>WOODBOLT DISTRIBUTION, LLC, d/b/a NUTRABOLT,<br><br>        Defendant. | Civil Action No. 8:20-cv-02186-PX |

## ORDER GRANTING RENEWED JOINT MOTION TO STAY

Upon consideration of the Parties' RENEWED JOINT MOTION TO STAY, and for good cause showing, IT IS HEREBY ORDERED that the Parties' Motion is GRANTED, and discovery and all pretrial deadlines, including Plaintiff's deadline to respond to Defendant's pending Motion for Reconsideration (ECF No. 32) remain stayed *nunc pro tunc* and for 45 days after entry of this Order to allow the Parties to conduct ongoing settlement negotiations.

**IT IS SO ORDERED.**

DATED: _____October 28___, 2021

_____

/S/

Judge Paula Xinis
United States District Court